Matthew Mellen (Bar No. 233350)
MELLEN LAW FIRM
One Embarcadero Center
San Francisco, CA 94111
Telephone:   (415) 315-1653
Facsimile:   (415) 276-190

Attorney for Plaintiffs,
OCTAVIO MARTINEZ
MARI CRUZ MARTINEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OCTAVIO MARTINEZ, individually and on behalf of all others similarly situated, and MARI CRUZ MARTINEZ, individually and on behalf of all others similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>TRINITY FINANCIAL SERVICES, LLC; SPECIAL DEFAULT SERVICES, INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 3:17-cv-03612-LB<br><br>[*Hon. Magistrate Judge Laurel Beeler*]<br><br>**DIMISSAL OF ACTION, WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that Plaintiffs, Octavio Martinez and Mari Cruz Martinez ("Plaintiffs") hereby dismiss Northern District Case number 3:17-cv-03612-LB pursuant to Fed. Rule Civ. Proc. 41(a).  No Answer or Motion for Summary Judgment has been filed in this action. Therefore, dismissal pursuant to Fed. Rule Civ. Proc. 41 is appropriate.  This dismissal is made without prejudice.

                Respectfully submitted,

Date: October 26, 2017        MELLEN LAW FIRM

                */s/ Matthew Mellen*
                Matthew Mellen, Esq.
                Attorney for Plaintiffs
                OCTAVIO MARTINEZ
                MARI CRUZ MARTINEZ

**CERTIFICATE OF SERVICE**
United States District Court – Northern District of California
Case Number: 3:17-cv-03612-LB

I, the undersigned, declare that I am over the age of 18 and am not a party to this action. I am employed in the City of San Francisco, California; my business address is Mellen Law Firm, One Embarcadero Center, Fifth Floor, San Francisco, CA 94111.

On the date below, I served a copy of the foregoing document entitled:

**DIMISSAL OF ACTION, WITHOUT PREJUDICE**

on the interested parties in said case as follows:

*Served Electronically Via the Court's CM/ECF System:*

Richard J. Reynolds
Joseph P. Bucman
Fabio R. Cabezas
BURKE WILLIAMS & SORENSEN, LLP
1851 East First St., Suite 1550
Santa Ana, CA 92705-4067
Attorneys for Defendants

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

This declaration is executed in Raleigh, North Carolina on October 26, 2017.

Molly Bell                              /s/ Molly Bell
(Type or Print Name)                    (Signature of Declarant)

2
DISMISSAL OF ACTION WITHOUT PREJUDICE